RECEIVED

MAR 3 0 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BERNARD GRANT | CIVIL ACTION NO. 08-cv-1546 |
| VERSUS | JUDGE STAGG |
| WARDEN, AVOYELLES PARISH CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 30th day of March, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE